Tab 43



# Beckwith - Rule 408 Communication
14 messages

**Mark Hammervold** <mark@hammervoldlaw.com>                                              Thu, Apr 18, 2019 at 4:56 PM

You offered m [redacted] for a buyout of my quantum meruit claim.

Nashville, TN 37238





**St**                                                    Mon, Apr 29, 2019 at 11:29 AM
To

Mark,

I will try to resolve this by tomorrow.

Stacey



**Stacey Garrett Koju** | Attorney
Bone McAllester Norton PLLC
511 Union Street / Suite 1600 / Nashville, TN 37219
tel (615) 238-6350 / fax (615) 687-2204
skoju@bonelaw.com / www.bonelaw.com

**Follow Me:**   

[Quoted text hidden]

Bone McAllester Norton PLLC mail server made the following annotations:

*************************************************************************

This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure. If you have received this message in error, you are not authorized to copy, print, distribute, or otherwise use the information. Please contact the sender immediately by return e-mail and delete the original message and all attachments.

---

**mark@hammervoldlaw.com** <mark@hammervoldlaw.com>                    Mon, Apr 29, 2019 at 11:35 AM
To: Stacey Garrett Koju <skoju@bonelaw.com>

Thanks.

Sent from my iPhone

On Apr 29, 2019, at 11:29 AM, Stacey Garrett Koju <skoju@bonelaw.com> wrote:

> Mark,

> I will try to resolve this by tomorrow.

> Stacey

**Stacey Garrett Koju**  |  Attorney
Bone McAllester Norton PLLC
<imagebf74b8.JPG> 511 Union Street / Suite 1600 / Nashville, TN 37219
tel (615) 238-6350 / fax (615) 687-2204
skoju@bonelaw.com / www.bonelaw.com

**Follow Me:** <imagedc4ed4.PNG>

[Quoted text hidden]

---

**Mark Hammervold** <mark@hammervoldlaw.com>                           Tue, Apr 30, 2019 at 2:51 PM
To: Stacey Garrett Koju <skoju@bonelaw.com>

Stacy,

I just wanted to follow up on this.

Thanks,

Mark Hammervold
Hammervold PLC

315 Deaderick St., Ste. 1550
Nashville, TN 37238
P: 405.509.0372
Hammervoldlaw.com

[Quoted text hidden]

---

**Stacey Garrett Koju** <skoju@bonelaw.com>                    Tue, Apr 30, 2019 at 4:14 PM
To: Mark Hammervold <mark@hammervoldlaw.com>

Hi Mark,

I will send you an email by tomorrow.

Stacey

[Quoted text hidden]
[Quoted text hidden]

---

**Mark Hammervold** <mark@hammervoldlaw.com>                    Wed, May 1, 2019 at 4:43 PM
To: Stacey Garrett Koju <skoju@bonelaw.com>

Stacey,

Just following up on this. Sorry to chase.

Mark Hammervold
Hammervold PLC
315 Deaderick St., Ste. 1550
Nashville, TN 37238
P: 405.509.0372
Hammervoldlaw.com

[Quoted text hidden]

---

**Stacey Garrett Koju** <skoju@bonelaw.com>                    Thu, May 2, 2019 at 10:46 AM
To: Mark Hammervold <mark@hammervoldlaw.com>

Mark,

Just a quick note to let you know that I am offsite at a client's board meeting through tomorrow afternoon and not ignoring your email. If I can, I will get something to you tonight, and if I cannot then certainly Friday as soon as the meeting ends.

[Quoted text hidden]
[Quoted text hidden]

---

**Mark Hammervold** <mark@hammervoldlaw.com>                    Thu, May 2, 2019 at 10:47 AM
To: Stacey Garrett Koju <skoju@bonelaw.com>

Thanks.

Mark Hammervold

Hammervold PLC
315 Deaderick St., Ste. 1550
Nashville, TN 37238
P: 405.509.0372
Hammervoldlaw.com

[Quoted text hidden]

---

**Mark Hammervold** <mark@hammervoldlaw.com>                    Mon, May 6, 2019 at 11:00 AM
To: Stacey Garrett Koju <skoju@bonelaw.com>

Stacey,

Hope you had a nice weekend. Just wanted to follow up on this with you. Sorry to chase.

Thanks,

Mark Hammervold
Hammervold PLC
315 Deaderick St., Ste. 1550
Nashville, TN 37238
P: 405.509.0372
Hammervoldlaw.com

[Quoted text hidden]

---

**Stacey Garrett Koju** <skoju@bonelaw.com>                    Mon, May 6, 2019 at 12:17 PM
To: "mark@hammervoldlaw.com" <mark@hammervoldlaw.com>



[Quoted text hidden]
[Quoted text hidden]

---

**Mark Hammervold** <mark@hammervoldlaw.com>                                    Mon, May 6, 2019 at 12:21 PM
To: Stacey Garrett Koju <skoju@bonelaw.com>

Stacey,

When we last spoke on the phone, you said you were authorized to settle my fee for ███████████████ ████████████████████████████████████████████

Thanks,

Mark Hammervold
Hammervold PLC
315 Deaderick St., Ste. 1550
Nashville, TN 37238
P: 405.509.0372
Hammervoldlaw.com

[Quoted text hidden]

---

**Stacey Garrett Koju** <skoju@bonelaw.com>                                     Mon, May 6, 2019 at 3:12 PM
To: Mark Hammervold <mark@hammervoldlaw.com>

Mark,

I will call you as soon as my conference call ends.


Stacey

---

**From:** Mark Hammervold [mailto:mark@hammervoldlaw.com]
**Sent:** Monday, May 06, 2019 11:00 AM

[Quoted text hidden]

[Quoted text hidden]
[Quoted text hidden]

Tab 44

███████████████████████

Thanks,

**Mark Hammervold**
Hammervold PLC
315 Deaderick St., Ste. 1550
Nashville, TN 37238
P: 405.509.0372
Hammervoldlaw.com

On Mon, May 13, 2019 at 9:54 AM Stacey Garrett Koju <skoju@bonelaw.com> wrote:

Mark,

███████████████████

Best,
Stacey

**Stacey Garrett Koju | Attorney**
Bone McAllester Norton PLLC
511 Union Street / Suite 1600 / Nashville, TN 37219
tel (615) 238-6350 / fax (615) 687-2204
skoju@bonelaw.com / www.bonelaw.com

**From:** Mark Hammervold [mailto:mark@hammervoldlaw.com]
**Sent:** Monday, May 13, 2019 9:44 AM
**To:** Stacey Garrett Koju
**Cc:** Beckwith Larry; christy@beckwith.enterprises; Sam Jackson
**Subject:** Re: LBMC

████████████████████████████████

Thanks,

Mark Hammervold
Hammervold PLC
315 Deaderick St., Ste. 1550
Nashville, TN 37238
P: 405.509.0372
Hammervoldlaw.com

On Thu, May 9, 2019 at 12:17 PM Stacey Garrett Koju <skoju@bonelaw.com> wrote:

Mark,

Given our inability to reach an agreement ████████████████████████
████████████████████

Stacey

Sent from my iPhone

[cid:image023e16.JPG@6bf235c2.4082b9e1]<http://www.bonelaw.com>

Stacey Garrett Koju | Attorney
Bone McAllester Norton PLLC
511 Union Street / Suite 1600 / Nashville, TN 37219
tel (615) 238-6350 / fax (615) 687-2204
skoju@bonelaw.com<mailto:skoju@bonelaw.com> / www.bonelaw.com<http://www.bonelaw.com>

Tab 59

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| **MARK HAMMERVOLD;** | § | |
| | § | |
| **Plaintiff** | § | |
| | § | No. _____ |
| **v.** | § | |
| | § | |
| **LARRY BECKWITH;** | § | |
| | § | |

<u>**COMPLAINT**</u>

The Plaintiff, Mark Hammervold ("Hammervold"), states as follows to the Court and jury

in support of his causes of action against the Defendants:



1

Tab 60

**Cotter, Jamie N.**

| | |
|---|---|
| **From:** | Mark Hammervold <mark@hammervoldlaw.com> |
| **Sent:** | Wednesday, October 5, 2022 12:33 PM |
| **To:** | Cotter, Jamie N. |
| **Cc:** | Koju, Stacey |
| **Subject:** | [EXTERNAL] Re: Hammervold v. Beckwith - Draft Complaint |
| **Attachments:** | KL Hourly Rate 2020-2022.pdf; Order 3-23-21 (discharging receiver).pdf |

**[Warning] This E-mail came from an External sender. Please do not open links or attachments unless you are sure it is trusted.**

Jamie and Stacey,



Mark Hammervold
P: 405.509.0372
F: 615.928.2264
Hammervoldlaw.com



CRE 408: In your draft complaint, you disclose various confidential, rule 408, settlement communications.  Mr. Beckwith does not agree to waive the protections of Rule 408 and cautions you against filing anything disclosing that information.











**Jamie N. Cotter**  Attorney at Law
Spencer Fane LLP

1700 Lincoln Street, Suite 2000 | Denver, CO 80203
**O** 303.839.3826
jcotter@spencerfane.com | spencerfane.com

Pronouns: She/Her/Hers

Tab 61

**Cotter, Jamie N.**

---

| | |
|---|---|
| **From:** | Mark Hammervold <mark@hammervoldlaw.com> |
| **Sent:** | Friday, November 4, 2022 10:05 AM |
| **To:** | Cotter, Jamie N.; Koju, Stacey |
| **Subject:** | [EXTERNAL] Hammervold v. Beckwith - Rule 408 Communication |
| **Attachments:** | Emails re Settlement Offer.pdf; Email chain re MH Quantum Meruit Fee 4-18-19.pdf |

---

**[Warning] This E-mail came from an External sender. Please do not open links or attachments unless you are sure it is trusted.**

---

Jamie,

Thanks for calling me today.

As promised, attached are the two email chains from 2019 where a settlement was previously discussed. But, as I made clear during the call, my settlement posture has significantly changed since 2019.



Thanks,

Mark Hammervold
P: 405.509.0372
F: 615.928.2264
[Hammervoldlaw.com](Hammervoldlaw.com)