## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| Mark Hammervold, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | )   NO. 3:22-CV-01053 |
| | ) |
| Larry Beckwith, | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## STATUS REPORT

Pursuant to the Court's September 16, 2024 Order (Doc. 84), Defendant Larry Beckwith ("Beckwith" or "Defendant"), by and through counsel, hereby submits the following report regarding the posture of the underlying state court matter in Williamson County, Tennessee, captioned *Larry Beckwith v. Lattimore Black, Morgan & Cain P.C.*, NO. 2016-40 (the "State Court Case"). Currently, the State Court Case is ongoing and is set for a nine-day trial beginning on July 14, 2025.

Respectfully submitted,

*/s/ Bethany M. Vanhooser*
Bethany Vanhooser, BPR # 038594
SPENCER FANE LLP
511 Union Street, Suite 1000
Nashville, TN  37219
bvanhooser@spencerfane.com

Jamie Cotter, *admitted pro hac vice*
SPENCER FANE LLP
1700 Lincoln Street, Suite 2000
Denver, CO 80203
jcotter@spencerfane.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a correct and true copy of the foregoing document was served on the following individual via the Court's ECF system on September 20, 2024:

Mark Hammervold
155 S. Lawndale Ave
Elmhurt, IL  60126
mark@hammervoldlaw.com

*Pro Se Plaintiff*

*/s/ Bethany M. Vanhooser*