IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARK HAMMERVOLD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:22-cv-1053 |
| ) | Judge Trauger |
| LARRY BECKWITH ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Pursuant to the Status Report filed September 20, 2024 (Doc. No. 85), it is hereby ORDERED that the trial scheduled for December 3, 2024 and the pretrial conference scheduled for November 15, 2024 are being removed from the court's calendar, to be reset, if appropriate, at a later time.

This case is hereby stayed and administratively closed subject to a motion to reopen following the trial of the underlying state court case, presently scheduled to begin on July 14, 2025.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge