# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| MARK HAMMERVOLD, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LARRY BECKWITH, ) <br> ) <br> Defendant. ) | Civil No. 3:22-cv-1053 <br> Judge Trauger |

## ORDER

Pursuant to Rule 72 of the FEDERAL RULES OF CIVIL PROCEDURE and 28 U.S.C. §636(b)(1), Defendant's Motion for Leave to File Documents Under Seal (Docket No. 90) is **REFERRED** to the Magistrate Judge for disposition.

It is so **ORDERED**.

 _____
 ALETA A. TRAUGER
 U.S. District Judge