IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARK HAMMERVOLD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Civil No. 3:22-cv-1053 |
| | )  Judge Trauger |
| LARRY BECKWITH | ) |
| | ) |
| Defendant. | ) |

## ORDER

The defendant has filed a Motion to Continue Trial Date (Doc. No. 101), to which the plaintiff has filed a Response in Opposition (Doc. No. 102).

The trial of this case was reset by telephone conference held on July 23, 2025, during which both counsel indicated that the trial could be reset for November 12, 2025. Some two weeks after that telephone conference, the defendant has filed a motion to continue the trial, based upon foreign travel by her client, a circumstance counsel certainly should have known about during the July 23 telephone conference.

The plaintiff is willing to reset the trial during the time frame of August 26-29, 2025, which has just opened up on the court's calendar. It is hereby ORDERED that, if defense counsel does not notify the court by 5:00 p.m. on Monday, August 11, 2025 that the trial can be reset during the August 26-29, 2025 time frame, the motion to continue the trial will be denied, and the trial will go forward on November 12, 2025.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge